■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEGGY LEE FUENTES, Appellant.—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Bourgeois, J.), imposed March 12, 1987.

Ordered that the sentence is affirmed.

Upon our review of the record, and in spite of the District Attorney's consent, we decline to disturb the bargained-for sentence imposed upon the defendant. Mangano, P. J., Brown, Lawrence, Rosenblatt and Miller, JJ., concur.